# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**DAWN MARIE ASTORGA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:02CR05356-002**

ANN VORIS
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) One & Two as alleged in the violation petition filed on 10/2/2007.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to Report Change of Address | 9/17/2007 |
| Two | Failure to Report for Drug Testing | 8/1/07, 8/9/07, 8/21/07, 8/28/07 |

The court: [ ] revokes: [✔] modifies: [ ] continues under same conditions of supervision heretofore ordered on 11/18/2003.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/28/2008
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

2/4/2008
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons until time served as of 2/15/2008.

The defendant's terms and conditions of supervision imposed on 11/18/2003 shall remain in full force and effect and are modified as follows:

1) Upon release from federal custody on 2/15/2008, the defendant is to report to Senior U.S. Probation Officer Melinda Peyret at the U.S. States Probation Office, 2500 Tulare Street, Suite 3401, Fresno, CA 93721 on 2/15/2008 by 2 PM; and,

2) The defendant shall reside and participate in a residential community sanctions center, Turning Point, Fresno, CA, until her term of supervised release expires on 6/16/2008; said placement shall commence 2/15/2008 [18USC3563(b)(11). The defendant shall pay the costs of confinement as determined by the Bureau of Prisons. Should the defendant fail to successfully complete the placement at Turning Point CSC, further violation proceedings will be initiated.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before ___ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                                 By _____
                                                    Deputy U.S. Marshal